UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

------------------------------------------------ x
TONY A. HODGES
                  Plaintiff,

   -against-                             Civ. Action No. 1:10-CV-530

ADVENTURE RACING CO., LLC,         **STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

                  Defendant.

                                               (NAM/CFH)
------------------------------------------------ x

    IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the parties to the above-entitled action, that whereas no party hereto is an infant or an incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, that the above entitled action is hereby discontinued against the Defendant, with prejudice and without costs to any party.

    IT IS FURTHER STIPULATED AND AGREED, that the fax signatures appearing below will be deemed to be originals and that the within Stipulation may be filed without further notice with the Clerk of the Court.

Dated: Rochester, New York                    Dated: Burlington, Vermont
       December 11, 2013                          December 11, 2013

**CELLINO & BARNES**                            **DOWNS RACHLIN MARTIN PLLC**

By: _____                By: _____
    Brett L. Manske, Esq.                        Danielle L. Pennetta, Esq.
    Attorneys for Plaintiff                           Attorneys for Defendant
    16 West Main Street, Sixth Floor          199 Main Street
    Rochester, New York 14614               Burlington, Vermont 05402
    (585) 888-8888                                 (802) 863-2375

So Ordered 12/19/13
Christian Hummel